IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: June 30, 2009 |
| Court Reporter:      Paul Zuckerman | |

Criminal Action No. 09-cr-00094-MSK

*Parties*:                                             *Counsel*:

UNITED STATES OF AMERICA,        David Conner

      Plaintiff,

v.

GEORGE WILLIAM TOWSON,            Thomas Hammond

      Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

**8:39 a.m.     Court in session.**

**Hearing continued from June 8, 2009.**

Defendant present in custody.

Defendant previously sworn and remains under oath.

The hearing resumes with the Court completing inquiring into the Plea Agreement with the defendant.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Sentencing hearing is set **September 28, 2009 at 9:30 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:** Pending Motions **(Doc. #14, 15, 16 and 18)** are **DENIED as moot.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**8:48 a.m.** **Court in recess.**

**Total Time:** 9 minutes.
**Hearing concluded.**